IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE TEFLON PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) | MDL No. 1733 |
| | | 4:06-md-01733-REL-CFB |
| This Document Relates to All Actions | | |
| | | ORDER |

Beginning with an order dated February 21, 2006, the cases on the attached Schedule A were transferred to this Court for coordinated and consolidated pre-trial proceedings.[1]  In an Order entered December 5, 2008, this Court denied plaintiffs' motion for class certification with regard to all consolidated cases then before it.  Plaintiffs subsequently sought permission to appeal the Court's ruling pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, which was denied by the United States Court of Appeals for the Eighth Circuit on March 10, 2009.  A corresponding mandate was issued by the Eighth Circuit on March 16, 2009.

Accordingly, having found that pre-trial proceedings on common matters have been substantially completed, the Court recommends that the Judicial Panel on Multidistrict Litigation remand the cases on the attached Schedule A to the courts in which they originally were filed.

---

[1] Several cases were transferred subsequent to this date as "tag-along actions."

The Clerk of Court is directed to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the Clerk of the transferor district court.

IT IS ORDERED.

Dated this 27th day of March, 2009.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court

# SCHEDULE A

MDL-1733 – In re Teflon Products Liability Litigation

    Southern District of Iowa

*Janet R. Luett, et al., v. E.I. DuPont De Nemours & Co.,* 4:05-cv-00422-REL-CFB

    District of Colorado

*Susan R. Yoshioka, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00090-REL-CFB

    Northern District of Illinois

*Dorothy M. Jones, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00097-REL-CFB

    District of Massachusetts

*Ronna Casper et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00098-REL-CFB

    Eastern District of Missouri

*Heath Hutchison, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00099-REL-CFB

    Southern District of New York

*Jeannie Triolo et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00100-REL-CFB

    Northern District of Ohio

*Susan E. Schnur et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00101-REL-CFB

    Eastern District of Pennsylvania

*Kathleen Margay, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00102-REL-CFB

    Central District of California

*Lisa Howe, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00115-REL-CFB

<u>Southern District of Florida</u>

*Natalie Belmonte, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00116-REL-CFB

<u>District of South Carolina</u>

*Claire R. Brown, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00117-REL-CFB

<u>Southern District of Texas</u>

*Jerry Syntech, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00129-REL-CFB

<u>Eastern District of Michigan</u>

*Constance A. Webb v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00157-REL-CFB

<u>District of New Jersey</u>

*Joseph O'Donoghue, et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00157-REL-CFB

<u>Southern District of Iowa</u>

*Andrew Wade Lampman v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00210-REL-CFB

<u>District of Connecticut</u>

*Thomas Clark v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00276-REL-CFB

<u>Southern District of West Virginia</u>

*Bonnie Lou Newsome v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00347-REL-CFB

<u>District of Columbia</u>

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00359-REL-CFB

<u>District of Delaware</u>

*Harrell E. Brannan et al., v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00360-REL-CFB

<u>Eastern District of Kentucky</u>

*Deborah Brett Johnson v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00396-REL-CFB

    <u>Southern District of Indiana</u>

*Debra Munson v. E.I. DuPont De Nemours & Co.,* 4:06-cv-00559-REL-CFB

    <u>Western District of Oklahoma</u>

*Barbara Rollins v. E.I. DuPont De Nemours & Co.,* 4:07-cv-00238-REL-CFB